UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICENTE LADUA,<br><br>Defendant. | Case No. 2:13-cr-00386-KJD-PAL<br>No. 2:20-cv-01029-KJD<br>No. 2:16-cv-01491-KJD<br><br>**ORDER** |
|---|---|

Presently before the Court is Defendant's Notice of Voluntary Dismissal of Pending Motion to Vacate, Set Aside, or Correct Conviction and Sentence under 28 U.S.C. § 2255 (#82). Defendant's motion is unopposed. Having read and considered the motion, and good cause being found, the motion to dismiss is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that Motions (#81/80/74) are **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the associated civil cases, 2:20-cv-01029-KJD and 2:16-cv-01491-KJD, shall be closed.

Dated this 13th day of June 2023.

_____
Kent J. Dawson
United States District Judge